1 | Conrad V. Sison (State Bar No. 217197)
2 | csison@lockelord.com
  | LOCKE LORD LLP
3 | 300 South Grand Avenue, Suite 2600
4 | Los Angeles, California  90071
  | Telephone:  213-485-1500
5 | Facsimile:   213-485-1200

6
7 | Stephanie A. Chambers-Wraight (State Bar No. 261025)
  | schambers@lockelord.com
8 | LOCKE LORD LLP
  | 44 Montgomery Street, Suite 4100
9 | San Francisco, CA  94104
10 | Telephone: 415-318-8810
   | Facsimile:   415-676-5816              CASE CLOSED
11
12 | Attorneys for Defendant
   | SELECT PORTFOLIO SERVICING, INC.
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA LEE BROADBENT ROGERS and JOHN WILLIAM ROGERS | CASE 14-cv-02517-ODW(VBKx) |
| Plaintiffs, | **JUDGMENT OF DISMISSAL** |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC., and DOES 1 – 10, Inclusive, | |
| Defendants. | Complaint Filed: February 26, 2014 |

On May 6, 2014, this Court entered an order granting defendant Select Portfolio Servicing, Inc.'s ("SPS") motion to dismiss the Complaint of plaintiffs Carla Lee Broadbent Rogers and John William Rogers (collectively, "Plaintiffs") with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice as to SPS.  It is further ordered that judgment be entered in favor of SPS and against Plaintiffs as to each and every cause of action in this action, and that Plaintiffs take nothing by way of their claims against SPS.

IT IS SO ORDERED.

Dated:   June 23, 2014

Hon. Otis D. Wright II
U.S. District Court Judge